**LAW OFFICES OF DALE C. FRAILEY**
Dale C. Frailey, Esq. (State Bar No. 30497)
8632 E. Valley Boulevard Suite P
Rosemead, California 91770
Telephone No.: (626) 288-1699
Facsimile No.: (626) 288-1695
Email: geneburke@msn.com

Attorney for Plaintiff, TODD VAN
and PHILIP VAN

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VAN and PHILIP VAN, | Case No. 12cv06910-GW(PJWx) |
| | Complaint Filed: July 2, 2012 |
| Plaintiffs, | JURY TRIAL DEMANDED |
| vs. | |
| MONY LIFE INSURANCE COMPANY OF AMERICA, a New York corporation, | **ORDER APPROVING STIPULATION TO DISMISS CASE AND ORDER OF CASE DISMISSAL THEREON** |
| Defendants. | |
| | F.R.C.P. 41(a)(1)(A)(ii) |

1

1  THIS HONORABLE COURT, having read the Stipulation of Voluntary Dismissal pursuant to
2  F.R.C.P. 41(a)(1)(A)(ii) executed by counsel for all parties in this matter, hereby APPROVES the
3  Stipulation both as to form and content, and, further, the Court hereby
4  ORDERS the dismissal of this case effective upon the signing of this Order and entry thereof
5  by the Clerk of the Court.

7  IT IS SO ORDERED.

9  Dated: June 24, 2013

_____
GEORGE H. WU, U.S. District Judge